**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARIE CAFFEY**                                                                                                 **PLAINTIFF**

**v.**                                         **CASE NO. 4:05-CV-01124 GTE**

**CHRIS MILLER, Individually and in his Official
Capacity, as a Deputy and Agent of the WOODRUFF
COUNTY SHERIFF DEPARTMENT; DARLA
THOMPSON, Individually and in her Official Capacity,
as an Investigator on the Behalf of the ARKANSAS
STATE POLICE**                                                                                   **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order of this date granting Defendants' Motions for Summary Judgment, Plaintiff's Complaint must be dismissed with prejudice against Defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants Chris Miller and Darla Thompson, and against Plaintiff Marie Caffey.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 24th day of October, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE